No. 10–10027. WHEELER *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 10–10207. WILLIAMS *v.* PIERCE, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2570. IN RE DISBARMENT OF HELM. Disbarment entered. [For earlier order herein, see 562 U. S. 818.]

No. D–2581. IN RE DISBARMENT OF LERACH. Disbarment entered. [For earlier order herein, see 562 U. S. 1040.]

No. D–2582. IN RE DISBARMENT OF CERVIZZI. Disbarment entered. [For earlier order herein, see 562 U. S. 1040.]

No. D–2583. IN RE DISBARMENT OF REICH. Disbarment entered. [For earlier order herein, see 562 U. S. 1040.]

No. D–2584. IN RE DISBARMENT OF RYAN. Disbarment entered. [For earlier order herein, see 562 U. S. 1040.]

No. D–2585. IN RE DISBARMENT OF FORD. Disbarment entered. [For earlier order herein, see 562 U. S. 1040.]

No. D–2586. IN RE DISBARMENT OF MITCHELL. Disbarment entered. [For earlier order herein, see 562 U. S. 1041.]